NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELIZABETH B. COX,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3147

---

Petition for review of the Merit Systems Protection Board in case no. CH831E110319-I-1.

---

**ON MOTION**

---

**ORDER**

Elizabeth B. Cox moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL    6 2011__                    __/s/ Jan Horbaly___
Date                             Jan Horbaly
                                 Clerk

cc:  Elizabeth B. Cox
     Christopher A. Bowen, Esq.
                                         **FILED**
                                **U.S. COURT OF APPEALS FOR**
                                   **THE FEDERAL CIRCUIT**
s20
                                      JUL 0 6 2011

                                      **JAN HORBALY**
                                         **CLERK**